**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No. _____

MICHELLE P. DEL VALLE,

        Plaintiff,

    v.

INSPIRED LIVING VALIDUS SENIOR
LIVING, a Florida Corporation,

        Defendant.

_____/

## <u>NOTICE OF REMOVAL</u>

To the Honorable Judges of the United States District Court for the Middle District of Florida:

Defendant, Senior Living VII Tampa LLC d/b/a Inspired Living at Tampa (improperly named Inspired Living Validus Senior Living in the Complaint), by and through its undersigned attorneys, respectfully shows this Court:

1.     Senior Living VII Tampa LLC d/b/a Inspired Living at Tampa (improperly named Inspired Living Validus Senior Living in the Complaint) is a Defendant in the above-entitled action.

2.     The above-entitled action was commenced against Defendant in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, and is now pending in such court.

3.      This Notice is filed with the Court within 30 days after receipt by Defendant of a copy of a pleading, from which it could first be ascertained that the case is one which is or has become removable, in the above-entitled action.  The complaint was served on Defendant on December 15, 2016.

4.      Copies of all process, pleadings, and orders served upon Defendant and other papers or exhibits of every kind on file in the State Court are attached.

5.      The above-entitled civil action contains claims arising under Title VII of the Civil Rights Act of 1964 as codified, 42 U.S.C. §§2000e to 2000e-17 as more fully appears in the copy of the Complaint filed and attached.  See Count(s) I, II and III.

6.      The United States District Courts have original jurisdiction of the above-entitled civil action pursuant to 28 U.S.C. § 1331 because it arises under a law of the United States, and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441 (b) and (c) and § 1443.  In this regard, 28 U.S.C. § 1331 states:  "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States."  Further, pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the Unites States for the district or division embracing the place where such action is pending."  Moreover, 28 U.S.C. § 1441(b) provides that "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treatises or laws of the United States shall be removable without regard to the citizenship or residence of the parties."

7.      Pursuant to 28 U.S.C. § 1367, the Court should also exercise supplemental jurisdiction over Plaintiff's state law claims, as the claims are "so related to claims in the action

within such original jurisdiction that they form part of the same case or controversy …" See 28 U.S.C. § 1367(a).

8.    Written notice of the filing of this removal notice will be given to Plaintiff through her counsel, and a copy of the Notice of Removal will be filed with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, in accordance with the provisions of 28 U.S.C. § 1446(d).

WHEREFORE, Defendant requests that the above-entitled action be removed from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida.

Respectfully submitted,

By:  /s/Thomas A. Groendyke
Thomas A. Groendyke, Esquire
Florida Bar No: 180849
DOUBERLEY, MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida   33323
Main (954) 838-8832 / Fax (954) 838-8842
Primary E-mail:     tgroendyke@dmc-atty.com
Secondary E-mail:  eservice@dmc-atty.com
                              acali@dmc-atty.com
Attorneys for Defendant, Senior Living VII Tampa LLC
d/b/a Inspired Living at Tampa (improperly named Inspired
Living Validus Senior Living in the Complaint)

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 3, 2017, the foregoing document was sent to the Clerk of Court for up-loading and electronic filing into the CM/ECF system.  Additionally, copies will be provided by e-mail and facsimile to:

**Kamilah Perry, Esq.**
THE PERRY LAW GROUP
4830 W. Kennedy Blvd., Ste. 600
Tampa, FL 33609
(813) 509-2500 Fax (813) 441-7444
Primary E-mail:  kperry@perrylawfla.com
Attorneys for Plaintiff, Michelle P. Del Valle

By:  /s/Thomas A. Groendyke
Thomas A. Groendyke, Esquire
Florida Bar No: 180849